**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

DARIN STEARSMAN
and JULIANA STEARSMAN

      **Plaintiffs,**

**v.**

**UPONOR, INC.,**

      **Defendant.**

**Case No. 2:23-cv-02777-MSN-cgc**

**DEFENDANT UPONOR, INC.'S MOTION TO COMPEL ARBITRATION OR,
ALTERNATIVELY, TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, Uponor, Inc. ("Uponor"), pursuant to the Federal Arbitration Act ("FAA") and Fed.R.Civ.P. 12(b)(6), submits this Memorandum in Support of its Motion to Compel Arbitration or, Alternatively to Dismiss Plaintiffs' Complaint.  In support of the requested relief, Uponor states as follows:

1.     The Court should compel Plaintiffs to arbitrate their claims pursuant to the arbitration clause contained in the binding express warranty Plaintiffs attach to their Complaint which is applicable to, and governs, any Uponor product at issue in this action – including the referenced cross-linked polyethylene pipe ("PEX").

2.     If the Court does not compel this action to arbitration, then it should dismiss Plaintiffs' claims as follows:

     a.     All causes of action are barred by the ten-year statute of repose of the Tennessee Products Liability, Tenn. Code Ann. § 29-28-103.  Accordingly, the Complaint should be dismissed in its entirety.

     b.     Plaintiffs' claims for strict liability, negligence, and products liability should be dismissed because they are barred by Tennessee's economic loss rule.

1

c.    Plaintiffs' claims for strict liability, negligence, and products liability should be dismissed because Plaintiffs have failed to plead facts establishing the essential element of causation.

d.    Plaintiffs' claim for breach of implied warranty should be dismissed because: (i) the Warranty governing the Uponor PEX disclaims implied warranties; and (ii) the claim also is barred by the applicable four-year statute of limitations under Tenn. Code Ann § 47-2-725(1).

This Motion is based upon this Notice; the Memorandum of Law filed concurrently with this Motion; the pleadings, records, and files in this action; and such other oral and documentary evidence as may be presented at or before any hearing on this Motion.

By:/s/ *M. Andrew Pippenger*

M. Andrew Pippenger, TN BPR 018183
PURYEAR LAW GROUP
735 Broad Street, Suite 214
Chattanooga, TN 37402
Tel: (615) 630-6601
Fax: (615) 630-6602
apippenger@puryearlawgroup.com

*Attorneys for Defendant Uponor, Inc.*

2

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on December 22, 2023 the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF filing system which automatically sends email notifications of such filing to the following attorneys of record:

James Stephen King, BPR No. 013575
Evans Petree PC
1715 Aaron Brenner Dr.
Suite 800
Memphis, TN 38120
(901) 525-67818

*Attorneys for Plaintiff*

/s/ M. Andrew Pippenger
M. Andrew Pippenger