**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| **DARIN STEARSMAN** **and JULIANA STEARSMAN** **Plaintiffs,** **v.** **UPONOR, INC.,** **Defendant.** | **Case No. 2:23-cv-02777-MSN-cgc** |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER GRANTING MOTION TO**
**STAY LITIGATION AND COMPEL ARBITRATION**

Defendant, Uponor, Inc. ("Uponor"), and Plaintiffs, Darin Stearsman and Juliana Stearsman, by and through counsel, submit for the Court's consideration a Consent Order Granting Uponor's Motion to Stay Litigation and Compel Arbitration. The parties reached agreement on this Consent Order after Uponor filed its Motion to Compel Arbitration or, Alternatively, to Dismiss Plaintiffs' Complaint [Doc. 6]. The proposed Order has been previously submitted with the Court.

Respectfully Submitted:

By:/s/ *James Stephen King*
James Stephen King, BPR No. 013575
Evans Petree PC
1715 Aaron Brenner Dr.
Suite 800
Memphis, TN 38120
(901) 525-67818
jking@evanspetree.com

*Attorneys for Plaintiffs*

1

By: /s/ M. Andrew Pippenger
M. Andrew Pippenger, TN BPR 018183
PURYEAR LAW GROUP
735 Broad Street, Suite 214
Chattanooga, TN 37402
Tel: (615) 630-6601
Fax: (615) 630-6602
apippenger@puryearlawgroup.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on March 6, 2024 the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF filing system which automatically sends email notifications of such filing to the following attorneys of record:

James Stephen King, BPR No. 013575
Evans Petree PC
1715 Aaron Brenner Dr.
Suite 800
Memphis, TN 38120
(901) 525-67818

*Attorneys for Plaintiff*

/s/ M. Andrew Pippenger
M. Andrew Pippenger