**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

DARIN STEARSMAN and
JULIANA STEARSMAN,

     Plaintiffs,

v.

                                            Case No. 2:23-cv-02777-MSN-cgc
                                            JURY DEMAND

UPONOR, INC.,

     Defendant.

---

**ORDER DIRECTING PARTIES TO FILE JOINT**
**STATUS REPORT OR STIPULATION OF DISMISSAL**

---

This matter came before the Court upon review of the docket. On March 7, 2024, the Court entered an Order (ECF No. 16) granting the parties' Joint Motion to Stay Litigation and Compel Arbitration. Since that time, no further action has been taken on the docket, but the case remains open.

To ensure efficient case management and clarity regarding the status of the case, the Court **ORDERS** the parties to file a joint status report or a joint stipulation of dismissal within fourteen (14) days of this Order.

     **IT IS SO ORDERED**, this 4th day of February, 2025.

                                          *s/ Mark S. Norris*
                                          MARK S. NORRIS
                                          UNITED STATES DISTRICT JUDGE