**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

DARIN STEARSMAN and
JULIANA STEARSMAN,

     Plaintiffs,

v.                                        Case No. 2:23-cv-02777-MSN-cgc
                                          JURY DEMAND

UPONOR, INC.,

     Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

Before the Court is the parties' Joint Status Report (ECF No. 20) advising that parties have initiated arbitration and that a scheduling order has been entered in those proceedings. For good cause shown, the Court finds that administrative closure of this case is appropriate while arbitration is ongoing.

Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. Either party may move to reopen this case, if necessary. The parties shall promptly notify the Court upon resolution of the arbitration or if further judicial action is required.

**IT IS SO ORDERED**, this 6th day of August, 2025.

                                      *s/ Mark S. Norris*
                                        MARK S. NORRIS
                                        UNITED STATES DISTRICT JUDGE